UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. CR 04 - 0293 MHP |
| ) | |
| Plaintiff,   ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER |
| vs.   ) | |
| ) | |
| MAJID MAHMOOD,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

WHEREAS, the matter is currently scheduled for a hearing on various pre-trial motions on Monday, September 17, 2007, 10:00 a.m. before this Court;

WHEREAS, the parties have reached an agreement in principal on the terms of a plea and are in the midst of preparing a plea agreement in connection with the aforesaid plea;

WHEREAS, the defendant is currently out of the country and not due back in the country until Saturday, September 15, 2007, such the defense counsel will need some time to review the terms of the pending plea agreement with the defendant in advance of the change of plea;

WHEREAS, defense counsel is currently in trial in state court in Lake County, such that he will not be available for a hearing before this Court until Monday, October 1, 2007;

Stipulation and Order
*United States v. Ali, et al.*
[CR 04 - 0293 MHP]

WHEREAS, the parties have consulted with this Court's deputy and determined that the next available date for both parties and counsel is Monday, October 1, 2007, at 10:00 a.m. before this Court, with time having already been excluded under the Speedy Trial Act for the pendency of the motions, and which can be further excluded based on the need for effective preparation of counsel and continuity of counsel;

THEREFORE, the parties mutually agree, stipulate, and request that the matter be continued for change of plea until **Monday, October 1, 2007, at 10:00 a.m.** before this Court. The parties further agree to continue to exclude time on the Speedy Trial Clock based on the pendency of motions previously filed as well as the need for effective preparation of counsel and continuity of counsel.

**IT IS SO STIPULATED.**

DATED: 9/12/2007

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

TIMOTHY J. LUCEY
Assistant United States Attorney

DATED: 9/12/2007

GEORGE BOISSEAU, ESQ.
Attorney for Defendant Majid Mahmood

**IT IS SO ORDERED.**

DATED: 9/13/07

HONORABLE MARILYN H. PATEL
United States District Court

Stipulation and Order
*United States v. Ali, et al.*
[CR 04 - 0293 MHP]                           - 2 -