FILED
JAN 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JAN 2 4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MAJID MAHMOOD, ) <br> ) <br> Defendant. ) | No. CR 04 - 0293 MHP <br><br> STIPULATION AND [~~PROPOSED~~] ORDER |

WHEREAS, the matter is currently scheduled for a hearing on a change of plea on Monday, January 28, 2008, 11:00 a.m., before this Court;

WHEREAS, defense counsel is now unavailable due to the pendency of other matters before other judges of this District, including matters relating to issues of custody and detention, such that he will not be in a position to be available to appear before this Court on January 28, 2008;

WHEREAS, the parties have consulted with this Court's deputy and determined that the next available date for both parties and counsel is Monday, February 4, 2008, at 11:00 a.m., before this Court, with time having already been excluded under the Speedy Trial Act for the pendency of

Stipulation and Order
*United States v. Ali, et al.*
[CR 04 - 0293 MHP]

the motions, and which can be further excluded based on the need for effective preparation of counsel and continuity of counsel;

**THEREFORE**, the parties mutually agree, stipulate, and request that the matter be continued for change of plea until **Monday, February 4, 2008, at 11:00 a.m.** before this Court. The parties further agree to continue to exclude time on the Speedy Trial Clock based on the need for effective preparation of counsel and continuity of counsel.

**IT IS SO STIPULATED.**

DATED: 1/24/2008

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

TIMOTHY J. LUCEY
Assistant United States Attorney

DATED: 1/24/2008

GEORGE BOISSEAU, ESQ.
Attorney for Defendant Majid Mahmood

**IT IS SO ORDERED.**

DATED: 1/24/08

HONORABLE MARILYN H. PATEL
United States District Court

Stipulation and Order
*United States v. Ali, et al.*
[CR 04 - 0293 MHP]               - 2 -