FILED

MAR 17 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 04 - 0293 MHP |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| vs. ) | |
| MAJID MAHMOOD, ) | |
| Defendant. ) | |

WHEREAS, the matter is currently scheduled for a hearing on a change of plea on Monday, March 17, 2008, 11:00 a.m., before this Court;

WHEREAS, defense counsel has now become unavailable due to the ongoing nature of a criminal trial currently underway in Sonoma County Superior Court, such that he will not be in a position to be available to appear before this Court on March 17, 2008;

WHEREAS, the parties have consulted with this Court's deputy and determined that the next available date for both parties and counsel is Monday, March 31, 2008, at 11:00 a.m., before this Court, with time having already been excluded under the Speedy Trial Act for the pendency of the motions, and which can be further excluded based on the need for effective preparation of

Stipulation and Order
*United States v. Ali, et al.*
[CR 04 - 0293 MHP]

1 | counsel and continuity of counsel;

2 | **THEREFORE**, the parties mutually agree, stipulate, and request that the matter be
3 | continued for change of plea until **Monday, March 31, 2008, at 11:00 a.m.** before this Court.
4 | The parties further agree to continue to exclude time on the Speedy Trial Clock based on the need
5 | for effective preparation of counsel and continuity of counsel.

6 | **IT IS SO STIPULATED.**

8 | DATED: 3/13/2008

9 | JOSEPH P. RUSSONIELLO
   | UNITED STATES ATTORNEY

12 | TIMOTHY J. LUCEY
    | Assistant United States Attorney

14 | DATED: 3/13/2008

    | GEORGE BOISSEAU, ESQ.
15 | Attorney for Defendant Majid Mahmood

18 | **IT IS SO ORDERED.**

20 | DATED: 3/17/08

    | HONORABLE MARILYN H. PATEL
21  | United States District Court

Stipulation and Order
*United States v. Ali, et al.*
[CR 04 - 0293 MHP]         - 2 -